# UNITED STATES BANKRUPTCY COURT
## Northern District of California

In re:  Nelson Villianueva Reyes and      )
         Claire De La Cruz Reyes        )
                                      )
Debtor(s)                          )
                                      )
_____ )

Bankruptcy No.:  10-60823
R.S. No.:  LSR 70
Hearing Date: August 30, 2-11
Time:  10:00 AM

### Relief From Stay Cover Sheet

Instructions:  Complete caption and Section A for all motions.  Complete Section B for mobile homes, motor vehicles, and personal property.  Complete Section C for real property.  Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A)        Date Petition Filed: 10/18/10                ____13____ Chapter
             Prior hearings on this obligation:        __1/31/2011__ Last Day to File §523/§727 Complaints:

(B)        Description of personal property collateral (e.g. 1983 Ford Taurus):

            Secured Creditor    [   ] or lessor    [   ]
            Fair market value:         $_____         Source of value:_____
            Contract Balance:        $_____         Pre-Petition Default:       $_____
            Monthly Payment:       $_____         No. of months:_____
            Insurance Advance:      $_____         Post –Petition Default:     $_____
                                                           No. of months:_____

(C)        Description of real property collateral (e.g. Single family residence, Oakland, CA):

            46 Sierra Vista Place, San Jose, California
            Fair market value:$_338,500.00___         Source of value: Debtor's Scheds A&D___ If appraisal, date:_____

            Moving Party's position (first trust deed, second, abstract, etc.):   first

            Approx. Bal.        $___620,343.66___         Pre-Petition Default:       $_____2,796.00___
            As of (date):_07/16/11_____                   No. of months:(per order dated 4/8/11)
            Mo. Payment:        $_____2,671.35___         Post-Petition Default:      $_____8,014.05___
            Notice of Default (date):_01/22/10_         No. of months:___3___
            Notice of Trustee's Sale: _none_____         Advances Senior Liens:     $_____

            Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: ___Deutsche Bank Nat'l Trust Co.__ | $___620,343.66___ | $____2,671.35___ | $____9,346.89___ |
| 2nd Trust Deeds:_____ | $_____ | $_____ | $_____ |
| : | | | |
| : | | | |
| _____ | : | | |
| (Total) | $___620,343.66___ | $____2,671.35___ | $____9,346.89___ |

(D)        Other pertinent information:    Debtors entered into a loan modification agreement on June 1, 2010, prior to the filing of the
            instant bankruptcy petition.

(E)        Loan Modification Information:         Not Applicable                    Requested by Debtor    Yes     No
            Status of Request **(see above)**          Pending                        No Decision Yet
                                                Modification in Trial Period         Denied (Copy of Denial Attached Hereto)

Dated: 07/16/11_____      /s/ Lee S. Raphael_____
                                              Signature

                      Lee S. Raphael, Esquire, #180030_____
                                      Print or Type Name

              Attorney for___Deutsche Bank National Trust Co. et al.___
                              A.127-386
CANB Documents Northern District of California