Prober & Raphael, A Law Corporation
Dean Prober, Esquire, #106207
Lee S. Raphael, Esquire, #180030
Cassandra J. Richey, Esquire #155721
P.O. Box 4365
Woodland Hills, CA 91365-4365
(818) 227-0100
A.127-386
Attorneys for Movant

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>NELSON VILLIANUEVA REYES AKA NELSON V. REYES, NELSON REYES AND CLAIRE DE LA CRUZ REYES AKA CLAIRE D. REYES,<br><br>Debtors.<br>__________________________________<br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST, MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2006-7, its assignees and/or successors in interest,<br><br>Movant,<br>vs.<br><br>NELSON VILLIANUEVA REYES AND CLAIRE DE LA CRUZ REYES;<br>DEVIN DERHAM-BURK, Trustee,<br><br>Respondents.<br>__________________________________ | Bk. No. 10-60823<br><br>CHAPTER 13<br><br>R.S. No. LSR - 70 |

WAIVER OF REQUIREMENT UNDER 11 U.S.C. §362(e)

Case: 10-60823 Doc# 43-2 Filed: 07/26/11 Entered: 07/26/11 16:17:28 Page 1 of 2

Please be advised that the Movant hereby waives the requirements for a hearing within thirty (30) days as required by 11 U.S.C. §362(e).

DATED: July 16, 2011

Respectfully submitted,

/s/ Lee S. Raphael Esquire
LEE S. RAPHAEL, ESQUIRE, #180030
Attorney for Movant

Case: 10-60823 Doc# 43-2 Filed: 07/26/11 Entered: 07/26/11 16:17:28 Page 2 of 2