| 1  | Prober & Raphael, A Law Corporation |
|----|--|
| 2  | Dean Prober, Esquire, #106207 <br> Lee S. Raphael, Esquire, #180030 |
| 3  | Cassandra J. Richey, Esquire #155721 <br> P.O. Box 4365 |
| 4  | Woodland Hills, CA 91365-4365 |
| 5  | (818) 227-0100 <br> A.127-386 |
| 6  | Attorneys for Movant <br> Deutsche Bank National Trust Company, |
| 7  | as Trustee for HarborView Mortgage <br> Loan Trust, Mortgage Loan Pass-Through |
| 8  | Certificates, Series 2006-7 |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re | ) | Bk. No. 10-60823 |
|---|---|---|
|  | ) |  |
| NELSON VILLIANUEVA REYES AKA | ) | CHAPTER 13 |
| NELSON V. REYES, NELSON REYES AND | ) |  |
| CLAIRE DE LA CRUZ REYES AKA CLAIRE | ) | R.S. No. LSR – 70 |
| D. REYES, | ) |  |
|  | ) |  |
| Debtors. | ) |  |
|  | ) | Hearing- |
|  | ) | Date : August 30, 2011 |
|  | ) | Time : 10:00 AM |
|  | ) | Place : U.S. Bankruptcy Court |
|  | ) |        280 South First Street |
|  | ) |        San Jose, California |
| _____ | ) |        Courtroom 3099 |

CERTIFICATE OF SERVICE

-1-

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Stephanie Arevalo, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is P. O. Box 4365, Woodland Hills, California 91365-4365.

On July 26, 2011, I served the within NOTICE OF MOTION, MOTION FOR RELIEF FROM AUTOMATIC STAY, DECLARATION IN SUPPORT OF MOTION, and EXHIBITS IN SUPPORT on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows or via E-Notice:

U.S. Bankruptcy Court
Judge Stephen L. Johnson
Attention: Chambers Copies
280 South First Street
San Jose, CA 95113-3099

Nelson Villianueva Reyes
Claire De La Cruz Reyes
46 Sierra Vista Place
San Jose, CA 95116
Debtors

Javed I. Ellahie, Esquire
Ellahie and Farooqui LLP
12 South 1st Street, #600
P.O. Box 1638
San Jose, CA 95113
Attorney for Debtors

1 | Devin Derham-Burk
2 | P.O. Box 50013
   | San Jose, CA 95150
3 | Chapter 13 Trustee
4 |     I declare that I am employed in the office of a member of the Bar at whose
5 | direction this service was made.
6 |     I certify under penalty of perjury that the foregoing is true and correct.
7 |     Executed on July 26, 2011    at Woodland Hills, California.
8 |     /s/ Stephanie Arevalo

-3-