| | |
|---|---|
| 1 | Prober & Raphael, A Law Corporation |
| 2 | Dean Prober, Esquire, #106207 |
|   | Lee S. Raphael, Esquire, #180030 |
| 3 | Cassandra J. Richey, Esquire #155721 |
|   | P.O. Box 4365 |
| 4 | Woodland Hills, CA 91365-4365 |
| 5 | (818) 227-0100 |
|   | A.127-386 |
| 6 | Attorneys for Movant |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re | ) | Bk. No. 10-60823 |
|---|---|---|
| | ) | |
| NELSON VILLIANUEVA REYES AKA | ) | CHAPTER 13 |
| NELSON V. REYES, NELSON REYES AND | ) | |
| CLAIRE DE LA CRUZ REYES AKA CLAIRE | ) | R.S. No. LSR – 70 |
| D. REYES, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | Hearing- |
| | ) | Date : August 30, 2011 |
| | ) | Time : 10:00 AM |
| | ) | Place : U.S. Bankruptcy Court |
| | ) | 280 South First Street |
| | ) | San Jose, California |
| _____ | ) | Courtroom 3099 |

EXHIBIT "C"

IN SUPPORT OF DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR

HARBORVIEW MORTGAGE LOAN TRUST, MORTGAGE LOAN PASS-THROUGH

CERTIFICATES, SERIES 2006-7'S MOTION FOR RELIEF FROM AUTOMATIC STAY

Attachment 3 of 4, "Post Petition Payment History", containing 2 pages, *inclusive* of this cover page.

-1-

**Borrowers: Nelson V. Reyes and Claire D. Reyes**
**Property: 46 Sierra Vista Place, San Jose, California**
**Loan #: XXXX0166**
**Bk. No.: 10-60823**
**Filing Date: October 18, 2010**

### POST-PETITION PAYMENT HISTORY

| Payment Due Date | Amount of Payment | Amount Received |
|---|---|---|
| 11/1/2010 | $2,671.35 | $2,671.35 |
| 12/1/2010 | $2,671.35 | $2,671.35 |
| 01/1/2011 | $2,671.35 | $2,671.35 |
| 02/1/2011 | $2,671.35 | $2,671.35 |
| 03/1/2011 | $2,671.35 | $2,671.35 |
| 04/1/2011 | $2,671.35 | $2,671.35 |
| 05/1/2011 | $2,671.35 | $     0.00 |
| 06/1/2011 | $2,671.35 | $     0.00 |
| 07/1/2011 | $2,671.35 | $     0.00 |