1  Prober & Raphael, A Law Corporation
   Dean Prober, Esquire, #106207
2  Lee S. Raphael, Esquire, #180030
   Cassandra J. Richey, Esquire #155721
3  P.O. Box 4365
   Woodland Hills, CA 91365-4365
4  (818) 227-0100
   A.127-386
5  Attorneys for Movant
6
7              UNITED STATES BANKRUPTCY COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9  In re                            )  Bk. No. 10-60823
                                    )
10 NELSON VILLIANUEVA REYES AKA     )  CHAPTER 13
   NELSON V. REYES, NELSON REYES AND )
11 CLAIRE DE LA CRUZ REYES AKA CLAIRE )  R.S. No. LSR – 70
   D. REYES,                        )
12                                  )
                                    )
13        Debtors.                  )
                                    )
14                                  )  Hearing-
                                    )  Date : August 30, 2011
15                                  )  Time : 10:00 AM
                                    )  Place :  U.S. Bankruptcy Court
16                                  )         280 South First Street
                                    )         San Jose, California
17 _____ )         Courtroom 3099
18
19                      EXHIBIT "D"

20 IN SUPPORT OF DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR

21   HARBORVIEW MORTGAGE LOAN TRUST, MORTGAGE LOAN PASS-THROUGH

22   CERTIFICATES, SERIES 2006-7'S MOTION FOR RELIEF FROM AUTOMATIC STAY

23 Attachment 4 of 4, "Debtors' Schedules A & D", containing 3 pages, *inclusive* of this cover
   page.
24
25
26
27
28

-1-

In re   <u>Nelson Villianueva Reyes & Claire De La Cruz Reyes</u>     Case No. <u>                             </u>

              **Debtor**                                           **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Residence<br>46 Sierra Vista Place<br>San Jose, CA 95116-2617 | Fee Simple | | 338,500 | 735,780 |
| | | Total ➤ | 338,500 | |

(Report also on Summary of Schedules.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.5-752 - 32591-301X-05110 - Adobe PDF

**B6D (Official Form 6D) (12/07)**

In re ___Nelson Villianueva Reyes & Claire De La Cruz Reyes___   Case No. _____

 Debtor  (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

 List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0166 <br><br> AHMSI <br> 1525 S. Beltline Rd. <br> Coppell, TX 75019-4913 | | C | Lien: Deed of Trust <br> Security: Residence <br><br><br> VALUE $ 338,500 | | | | Notice Only | Notice Only |
| ACCOUNT NO. 0166 <br><br> AHMSI <br> PO Box 631730 <br> Irving, TX 75063-1730 | | C | Lien: Deed of Trust <br> Security: Residence <br><br><br> VALUE $ 338,500 | | | | Notice Only | Notice Only |
| ACCOUNT NO. 0166 <br><br> AHMSI <br> PO Box 660029 <br> Dallas, TX 75266-0029 | | C | Lien: Deed of Trust <br> Security: Residence <br> 1st mortgage <br> Arrears: $2945 <br> VALUE $ 338,500 | | | | 622,321 | 283,821 |

__2__ continuation sheets attached

Subtotal ▶ | $ 622,321 | $ 283,821
(Total of this page)

Total ▶ | $ | $
(Use only on last page)

(Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.5-752 - 32591-301X-05110 - Adobe PDF