| | |
|---|---|
| 1 | Prober & Raphael, A Law Corporation |
| 2 | Dean Prober, Esquire, #106207 |
|   | Lee S. Raphael, Esquire, #180030 |
| 3 | Cassandra J. Richey, Esquire #155721 |
|   | P.O. Box 4365 |
| 4 | Woodland Hills, CA 91365-4365 |
|   | (818) 227-0100 |
| 5 | A.127-386 |
| 6 | Attorneys for Movant |
|   | Deutsche Bank National Trust Company, |
| 7 | as Trustee for HarborView Mortgage |
|   | Loan Trust, Mortgage Loan Pass-Through |
| 8 | Certificates, Series 2006-7 |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re | ) | Bk. No. 10-60823 |
| | ) | |
| NELSON VILLIANUEVA REYES AKA | ) | CHAPTER 13 |
| NELSON V. REYES, NELSON REYES AND | ) | |
| CLAIRE DE LA CRUZ REYES AKA CLAIRE | ) | R.S. No. LSR – 70 |
| D. REYES, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | Hearing- |
| | ) | Date : August 30, 2011 |
| | ) | Time : 10:00 AM |
| | ) | Place : U.S. Bankruptcy Court |
| | ) | 280 South First Street |
| | ) | San Jose, California |
| _____ | ) | Courtroom 3099 |

<u>NOTICE OF HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY</u>

TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that on August 30, 2011 at 10:00 a.m. at the United States Bankruptcy Court, 280 South First Street, San Jose, California, Courtroom 3099, the undersigned will bring on for Preliminary Hearing the attached Motion for Relief from Automatic Stay before the Honorable Stephen L. Johnson, U.S. Bankruptcy Judge.

-1-

| | |
|---|---|
| 1 | |
| 2 | This Motion being heard on 14-day notice, pursuant to B.L.R. 4001-1(c). Any opposition to this motion, if any, may be in writing and may be served and filed with the Court. Alternatively either, Debtors, the Debtors' counsel or the Trustee may appear at the hearing to oppose the relief sought by this Motion without filing a written response. |

This Motion being heard on 14-day notice, pursuant to B.L.R. 4001-1(c). Any opposition to this motion, if any, may be in writing and may be served and filed with the Court. Alternatively either, Debtors, the Debtors' counsel or the Trustee may appear at the hearing to oppose the relief sought by this Motion without filing a written response.

Failure of the responding party to appear may be deemed a waiver of any opposition to the granting of the motion.

DATED: July 16, 2011                          PROBER & RAPHAEL, A LAW CORPORATION

By /s/ Lee S. Raphael Esquire
   LEE S. RAPHAEL, ESQUIRE, #180030
Attorney for Movant

-2-
Case: 10-60823    Doc# 44    Filed: 07/26/11    Entered: 07/26/11 16:23:59    Page 2 of 3

# SPECIAL NOTICE

## THE FOLLOWING NOTICE IS GIVEN TO YOU IN THE EVENT THAT THE FEDERAL FAIR DEBT COLLECTIONS ACT APPLIES TO THIS COMMUNICATION.

The following statement provides you with notice of certain rights which you may have by law. <u>Nothing in this statement modifies or changes the hearing date or response time specified in the attached documents</u> or your need to take legal action to protect your rights in this matter. No provision of the following statement modifies or removes your need to comply with local rules concerning the attached documents.

## CONSUMER DISCLOSURE

This communication is made in an attempt to collect on a debt or judgment and any information obtained will be used for that purpose. Please be advised that if you notify Deutsche Bank National Trust Company, as Trustee for HarborView Mortgage Loan Trust, Mortgage Loan Pass-Through Certificates, Series 2006-7's attorneys within 30 days that all or a part of your obligation or judgment to Deutsche Bank National Trust Company, as Trustee for HarborView Mortgage Loan Trust, Mortgage Loan Pass-Through Certificates, Series 2006-7 is disputed, then Deutsche Bank National Trust Company, as Trustee for HarborView Mortgage Loan Trust, Mortgage Loan Pass-Through Certificates, Series 2006-7's attorneys will mail to you a written verification of the obligations or judgment and the amounts owed to Deutsche Bank National Trust Company, as Trustee for HarborView Mortgage Loan Trust, Mortgage Loan Pass-Through Certificates, Series 2006-7. In addition and upon your request within 30 days, you will be provided with the name and address of the original creditor, if different from the current creditor.